1  Eric D. Houser (SBN 130079)
2  Eileen M. Horschel (SBN 225200)
   HOUSER & ALLISON, APC
3  3780 Kilroy Airport Way, Suite 130
4  Long Beach, CA 90806
   Telephone: (562) 256-1675
5  Facsimile: (562) 256-1685
6  E-mail: ehorschel@houser-law.com

7  Attorneys for Defendants
8  Ocwen Loan Servicing, LLC; U.S. Bank National Association, as Trustee for the
   C-BASS Mortgage Loan Asset-Backed Certificates, Series 2005-CB5
9

10 **UNITED STATES DISTRICT COURT
   CENTRAL DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| Patrick Copeland and Staci Toles-Copeland,<br><br>Plaintiffs,<br><br>v.<br><br>Ocwen Loan Servicing, LLC; Western Progressive, LLC; and U.S. Bank, National Association,<br><br>Defendants. | Case No. CV13-05708-GAF<br><br>Hon. Gary A. Feess<br><br>[PROPOSED] **JUDGMENT** |

This action came on for hearing before the Court, on December 4, 2014, Hon. Gary Allen Feess, District Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly-rendered, IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed on the merits and that defendants Ocwen Loan Servicing, LLC and U.S.

1  Bank National Association, as Trustee for the C-BASS Mortgage Loan Asset-
2  Backed Certificates, Series 2005-CB5 to recover their costs.
3  Dated: December 9, 2014                    _____
4                                              HON. GARY A. FEES
5                                              United States Central Court

---

[PROPOSED] JUDGMENT

2